Certificate Number: 05781-FLS-DE-041211859

Bankruptcy Case Number: 26-19124



05781-FLS-DE-041211859

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 9:18 o'clock PM PDT, Michael Stein completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  July 15, 2026                By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title:  President